# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**CHARLES WILLIAM SNYDER,**

    **Plaintiff,**

v.          Civ. No.    19-115 SMV

**NANCY A. BERRYHILL,**
**Acting Commissioner of the**
**Social Security Administration,**

    **Defendant.**

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion to Extend Briefing Deadlines, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through June 21, 2019 to serve his Motion to Reverse and Remand for a Rehearing with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through August 20, 2019 to serve her Response and Plaintiff through September 3, 2019 to serve his reply.

 

                                              HONORABLE STEPHAN M. VIDMAR
                                              UNITED STATES MAGISTRATE JUDGE

Submitted and Approved By:

*/s/Laura Joellen Johnson*
Laura Joellen Johnson
MICHAEL ARMSTRONG LAW OFFICES
Attorney for Plaintiff
220 Adams St. SE, Suite B
Albuquerque, NM 87108
Bus.  (505) 890-9056
Fax.  (505) 266-5860

Email Approval on June 7, 2019
Manuel Lucero, AUSA
manny.lucero@usdoj.gov
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM  87103
(505) 224-1504
(505) 346-7205 fax